

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-21-00148-CV

---

IN THE INTEREST OF S.C.M., A CHILD

---

On Appeal from the County Court at Law No. 2
Randall County, Texas
Trial Court No. 71249L2, Honorable Matthew C. Martindale, Presiding

---

August 31, 2021

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and DOSS, JJ.

Appellant, Pecos Lee Martin, appeals from the trial court's *Order in Suit to Modify Parent-Child Relationship*.  Now pending before this Court is Appellant's unopposed motion seeking voluntary dismissal of the appeal.  The Court finds the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled.  As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed.  Because the motion does not address costs, costs will be taxed

against Appellant. *See* TEX. R. APP. P. 42.1(d). No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam